Calvia Lynn HILL, Plaintiff–Appellant,

v.

WAL–MART STORES, INCORPO-
RATED, Defendant–Appellee.

No. 00–2361.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Calvia Lynn Hill, pro se. Todd M. Sulli-
van, Womble, Carlyle, Sandridge & Rice,
Raleigh, NC, for appellee.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

PER CURIAM.

Calvia Lynn Hill appeals the district
court's order granting summary judgment
in this employment discrimination action.
We have reviewed the record and the dis-
trict court's opinion and find no reversible
error. Accordingly, we affirm on the rea-
soning of the district court. *Hill v. Wal–
Mart Stores, Inc.*, No. CA–00–425–5–F(2)
(E.D.N.C. filed Sept. 26, 2000; entered
Sept. 27, 2000). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*